IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIRGINIA GRAFTON,** | CIV S-05-1659 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **CALIFORNIA BOARD OF PRISON TERMS, et al** | |
| Respondent. | |

Respondent has filed a request that this case be stayed pending a ruling by the Ninth Circuit in *Sass v. California Board of Prison Terms*, Case No. 05-16455, after which respondent seeks a 30-day extension of time to file objections to the findings and recommendations filed February 1, 2006. Respondent makes no showing as to why a motion to reconsider or an appeal could not be filed, should there be a ruling favorable for respondent in *Sass,* if this court's findings and recommendations are adopted. Moreover, the exigencies of this court's calendar does not lend itself to the recommendation of a stay or the granting of such a lengthy time extension to file objections.

/////

/////

/////

/////

1         Accordingly, IT IS ORDERED that respondent's February 21, 2006, request for a
2 stay is denied.  The request for an extension of time to file objections to the pending findings and
3 recommendations is partially granted; respondent must file any objections ten days from the date
4 of this order.

5 Dated:3/3/06

6                                                /s/ Gregory G. Hollows

7                                      GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

10

11 grafton.ord