IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGINIA GRAFTON,

        Petitioner,                  No. CIV S-05-1659 LKK GGH P

    vs.

DEBRA JACQUEZ, et al.,

        Respondents.           ORDER

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On February 1, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondents have filed objections to the findings and recommendations. Petitioner filed a response to respondent's objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

1

1  proper analysis.

2  Accordingly, IT IS HEREBY ORDERED that:

3  1. The findings and recommendations filed February 1, 2006, are adopted in full; and

5  2. Respondents' November 3, 2005, motion to dismiss is denied; respondents are ordered to file an answer addressing the merits of petitioner's claims within thirty days of the date of this order; petitioner's reply is due thirty days thereafter.

8  DATED: September 26, 2006.