IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VIRGINIA GRAFTON,

    Petitioner,                    No. CIV S 05-1659 LKK GGH P

    vs.

DEBRA JACQUEZ,

    Respondent.                  <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On October 30, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        Petitioner challenges the 2004 decision by the California Board of Parole Hearings (BPH) finding her unsuitable for parole. In the objections, petitioner contends that the magistrate judge failed to address two of her claims, i.e. the claims raised at pages 18 and 19 of the petition. The magistrate judge found that these claims were encompassed by the claim

1 alleging insufficient evidence to support the finding that petitioner was unsuitable.

2  The claim raised at page 18 argued that the BPH failed to articulate a nexus
3 between any of the findings for its decision and the risk of danger to public safety now posed by
4 petitioner. The claim raised at page 19 argues that an indeterminable denial of parole based on
5 static factors converts her sentence to life without any possibility of parole. These claims are
6 encompassed by petitioner's sufficiency of the evidence claim and the relevant legal standards
7 cited by the magistrate judge, including Irons v. Carey, No. 05-15275, 2007 WL 2027359 (9th
8 Cir. July 13, 2007)(if petitioner has served less than minimum term, as in the instant case, the
9 BPH's reliance on factors relating to the crime constituted "some evidence" absent extraordinary
10 circumstances). The claims raised at pages 18 and 19 are further argument in support of the
11 insufficiency of the evidence claim rather than separate legal claims.

12  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-
13 304, this court has conducted a de novo review of this case. Having carefully reviewed the
14 entire file, the court finds the findings and recommendations to be supported by the record and
15 by proper analysis.

16  Accordingly, IT IS HEREBY ORDERED that:

17  1. The findings and recommendations filed October 30, 2007, are adopted in full;
18 and

19  2. The petitioner's application for writ of habeas corpus is denied.

20 DATED:   December 14, 2007.

23 LAWRENCE K. KARLTON
SENIOR JUDGE
24 UNITED STATES DISTRICT COURT